4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARTA MORENO, INDIVIDUALLY AND ON BEHALF OF MIRANDA MORENO, A MINOR | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-80 |
| GOLDEN CORRAL CORPORATION D/B/A GOLDEN CORRAL RESTAURANT AND CARLOS SOTOMAYOR, SR. | § § § § | |

**DEFENDANTS GOLDEN CORRAL CORPORATION AND CARLOS SOTOMAYOR, SR.'S DISCLOSURE OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Defendants Golden Corral Corporation and Carlos Sotomayor, Sr.'s counsel certifies that the only persons, associations, etc., that are know to this Defendant to be financially interested in the outcome of this litigation are:

1. Marta Moreno, Individually

2. Marta Moreno, on behalf of Miranda Moreno, a minor

3. Golden Corral Corporation

4. Carlos Sotomayor, Sr.

5. <u>Chubb Group of Insurance Companies</u>

6. Investor's Management Corporation

7. <u>Federal Insurance Company</u>

1

Signed on May 18, 2001.

                                    Respectfully submitted,
                                    WILLETTE & GUERRA, L.L.P.
                                    International Plaza, Suite 460
                                    3505 Boca Chica Boulevard
                                    Brownsville, Texas 78521
                                    Telephone: (956) 541-1846
                                    Facsimile: (956) 541-1893

By: _/s/ Eduardo G. Garza_
      Eduardo G. Garza
      State Bar No. 00796609
      USDC ADM. No. 20916

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2001, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

**VIA CMRRR-7000 1670 0002 2285 4886**
Mr. Gilberto Hinojosa
Magallanes, Hinojosa & Mancias
1713 Boca Chica Boulevard
Brownsville, Texas 78520

_/s/ Eduardo G. Garza_
Eduardo G. Garza

## CERTIFICATE OF CONFERENCE

The Local Rules for the United States District Court for the Southern District of Texas do not require a conference for this pleading.

_/s/ Eduardo G. Garza_
Eduardo G. Garza