IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 3 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARTA MORENO, INDIVIDUALLY | § | |
| AND ON BEHALF OF MIRANDA | § | |
| MORENO, A MINOR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-80 |
| | § | |
| GOLDEN CORRAL CORPORATION | § | |
| D/B/A GOLDEN CORRAL | § | |
| RESTAURANT AND CARLOS | § | |
| SOTOMAYOR, SR. | § | |

**DEFENDANTS GOLDEN CORRAL CORPORATION AND CARLOS SOTOMAYOR,
SR.'S RESPONSE TO PLAINTIFFS' MOTION TO REMAND AND FOR SANCTION**

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COME, Defendants Golden Corral Corporation and Carlos Sotomayor Sr., and hereby

file this their Response to Plaintiffs' Motion to Remand and for Sanctions.

I

Defendants removed this cause of action which was previously filed in the 138th Judicial

District Court of Cameron County, Texas on the basis of diversity jurisdiction. Plaintiffs are citizens

of Mexico who judicially admitted in response to interrogatories and requests for admission that they

did not reside in Texas and were not citizens of the United States. Specifically, Plaintiffs stated that

their residence over the past five years was Francisco Saravia #129, Matamoros, Tamaulipas,

Mexico.   Golden Corral Corporation is a North Carolina Corporation and Defendant Carlos

Sotomayor, Sr. is a citizen of the State of Texas.  The lawsuit involves a slip and fall accident

wherein minor Plaintiff Miranda Moreno sustained a buckle fracture to the distal femur resulting in

Case 1:01-cv-00080   Document 6   Filed in TXSD on 05/31/2001   Page 2 of 4

an operation for a spica cast application. Plaintiff Martha Moreno allegedly sustained injuries to her hip, elbow, knee, forehead, and leg, as well as an alleged laceration to her left eyebrow.

Plaintiffs' original petition filed in state court identified unspecified damages simply stating a claim in excess of the jurisdictional limits of the district court. Upon receipt of Plaintiff's Motion to Remand and for Sanctions, which implied that the Plaintiffs did not intend to seek damages in excess of $75,000.00, the undersigned prepared and proposed a written stipulation agreement limiting the amounts in controversy to $75,000.00. Plaintiffs' counsel Gilberto Hinojosa agreed to this stipulation agreement and returned a signed copy to Defendant. (Please see signed stipulation agreement attached hereto as exhibit "A"). Accordingly, since the amount in controversy now does not exceed $75,000.00, Defendants cannot and do not oppose Plaintiff's request to remand this case back to state district court to proceed accordingly. Although Defendants respectfully disagree with the Plaintiff's interpretation of the fifth circuit opinion entitled <u>Ed & Fred, Inc. v. Puritan Marine Insurance Underwriters Corporation, et al</u>, 506 F2d 757, 758 (5th Cir. 1975), such dispute is moot given the fact that the amounts in controversy at issue no longer meets the minimum requirement mandated to remain under federal court jurisdiction.

WHEREFORE, PREMISES CONSIDERED, Defendants would submit to the court that based upon the stipulation agreement entered into by counsel for the Defendants and counsel for Plaintiffs dated May 24, 2001, Defendants do not oppose a remand of this case to state district court in Cameron County, Texas. Finally, given that Defendants properly removed this cause of action to federal district court based upon the Plaintiffs' petition and Plaintiffs' responses to discovery in the state court proceeding, Defendants would respectfully request that no sanctions be entered against them by this honorable court.

2

Signed on May 16, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By:  Eduardo G. Garza

Eduardo G. Garza
State Bar No.  00796609
USDC ADM. No. 20916

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2001, a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record as noted hereunder.

**VIA CMRRR-7000 1670 0002 2285 8365**
Mr. Gilberto Hinojosa
Magallanes, Hinojosa & Mancias
1713 Boca Chica Boulevard
Brownsville, Texas 78520

Eduardo G. Garza

## CERTIFICATE OF CONFERENCE

The Local Rules for the United States District Court for the Southern District of Texas do not require a conference for this motion.

Eduardo G. Garza

3

ClibPDF - www.fastio.com

Case 1:01-cv-00080    Document 6    Filed in TXSD on 05/31/2001    Page 4 of 4

# WILLETTE & GUERRA, L.I `.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
MARK SOSSI
HUGH P. TOUCHY
EILEEN M. LEEDS
GEORGE C. KRAEHE
——————
ELIZABETH SANDOVAL CANTU*
EDUARDO G. GARZA
AMY LAWLER GONZALES
RYAN HENRY
SETH MOORE
LAWRENCE J. RABB*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE,
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266
FACSIMILE (956) 686-5913

May 24, 2001

**VIA FAX (956) 544-4290**
Mr. Gilberto Hinojosa
Magallanes, Hinojosa & Mancias
1713 Boca Chica Boulevard
Brownsville, Texas 78521

Re:    Civil Action No. B-01-80
       Marta Moreno, et al v. Golden Corral
       Corporation, et al; In the United States District
       Court for the Southern District of Texas-
       Brownsville Division
       Our file: 01136.00 EG/EC

## STIPULATION AGREEMENT

Dear Judge Hinojosa:

        This correspondence will confirm that Plaintiffs Marta Moreno, Individually and on behalf of Miranda Moreno, a minor have agreed to limit/cap all known or unknown damages both sought by them at any time and/or potentially awarded to them by a judge or jury at **$75,000.00** (Seventy-Five Thousand Dollars) each, including but not limited to all compensatory damages, exemplary damages, statutory damages, and attorneys fees, if any. It is also agreed that neither Plaintiff Marta Moreno, Individually or Marta Moreno on behalf of Miranda Moreno, a minor will amend any petition against defendants Golden Corral Corporation or Carlos Sotomayor, Sr. at any time to seek damages exceeding **$75,000.00**. It is further agreed that Plaintiffs Marta Moreno, Individually and on behalf of Miranda Moreno, a minor will voluntarily dismiss/non-suit all claims against Carlos Sotomayor, Sr. immediately upon remand of this case to state court. If this correspondence properly reflects our agreement, please sign below and fax this agreement back to us. If this does not reflect our agreement, please contact me immediately to discuss this matter in further detail.

                                    Very truly yours,

                                    WILLETTE & GUERRA, L.L.P.

AGREED TO BY:          By:    *Eduardo D Garza*
                              Eduardo G. Garza

*Gilberto Hinojosa attorney for*
*Plaintiffs Marta Moreno, Individually*
*and on behalf of Miranda Moreno, a minor*



EXHIBIT
A