# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

**JUN 1 8 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARTA MORENO, INDIVIDUALLY AND ON BEHALF OF MIRANDA MORENO, A MINOR | §§§§ | |
| VS. | §§ | CIVIL ACTION NO. B-01-080 |
| GOLDEN CORRAL CORPORATION D/B/A GOLDEN CORRAL RESTAURANT AND CARLOS SOTOMAYOR, SR. | §§§ | |

## O R D E R

On this 15th day of June, 2001, came on to be considered before the Court Plaintiff's Motion to Remand (Docket No. 5) in the above referenced cause of action:

The Court after considering said Motion and it appearing to the Court that it should be GRANTED.

IT IS THEREFORE **ORDERED AND ADJUDGED** that Plaintiff's Motion to Remand be and it is hereby **GRANTED**.

Plaintiff Marta Moreno shall transmit a certified copy of this Order to the 138th Judicial District Court of Cameron County, Texas, where the action shall proceed.

DONE at Brownsville, Texas, this 15th day of June, 2001.

Filemon B. Vela
United States District Judge

ClibPDF - www.fastio.com